UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:08CR00188 CEJ (AGF) |
| | ) | |
| HEATHER VANDERPOOL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter came before the Court for an evidentiary hearing on pretrial motions on **Thursday, April 10, 2008, at 10:30 a.m.** The defendant appeared with counsel, and after being advised of the right to file motions and to have an evidentiary hearing, the defendant knowingly and voluntarily waived her right to file or proceed on pretrial motions and to an evidentiary hearing. There being no outstanding motions, there will be no further evidentiary hearing in this matter.

Trial in this matter will be scheduled by the **Honorable Carol E. Jackson**.

AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated April 10, 2008.